**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

| | |
|---|---|
| **KAREN MARCUS,** | **No.: 3:13-cv-00498** |
| Plaintiff, | |
| | **JUDGE CAMPBELL** |
| v. | **MAGISTRATE JUDGE BROWN** |
| **THE FARM AT NATCHEZ TRACE, INC.,** | **JURY DEMANDED** |
| Defendant. | |

**AGREED MOTION TO RESCHEDULE**
**INITIAL CASE MANAGEMENT CONFERENCE**

Upon application of the Defendant, and by appreciated agreement of counsel for Plaintiff, Defendant moves the Court to continue the Initial Case Management Conference in this matter that is currently set for August 12, 2013. Defendant's counsel is unavailable due to a long-standing family vacation out of state.

In consultation with the Court's calendar clerk, if the Court views this motion favorably, the parties are available for a rescheduled conference on Thursday September 5, 2013 at 9:00 a.m., said date being available on the Court's docket should this motion be granted.

ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

/s/ Robert E. Boston
Robert E. Boston (TN Bar # 9744)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
Fax: (615) 244-6804
Email: bob.boston@wallerlaw.com

Attorneys for Defendant The Farm at Natchez Trace, Inc.

10988323.1