UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAREN MARCUS, | ) |
| Plaintiff | ) |
| | ) No. 3:13-0498 |
| v. | ) Judge Campbell/Brown |
| | ) **Jury Demand** |
| THE FARM AT NATCHEZ TRACE, INC., | ) |
| Defendant | ) |

**O R D E R**

A brief telephone conference was held in this matter on January 27, 2014. Counsel for the Plaintiff called in at the appointed time set in Docket Entry 15. Unfortunately, counsel for the Defendant did not call in. Counsel for the Defendant should file with the Court a brief explanation for the miscue.

Counsel for the Plaintiff advised that she had some outstanding discovery requests from September that had not yet been responded to, but that she did not anticipate any difficulty with the scheduling order. She said that she did need to schedule some depositions with opposing counsel. Plaintiff's counsel should promptly notify the Magistrate Judge if there are difficulties in securing discovery and scheduling the deposition and the Magistrate Judge will conduct a further conference about the matter. Plaintiff's counsel further advised that she believed there would be only one plaintiff in this matter.

The Magistrate Judge advises both parties that he stands ready to assist with alternative dispute resolution at their request at any point.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge