```
UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF TENNESSEE
           NASHVILLE DIVISION
```

KAREN MARCUS,                       )
                                    )
        Plaintiff,                  )
                                    )
     v.                             )  NO.  3:13-cv-0498
                                    )
THE FARM AT NATCHEZ TRACE, INC.,)      Magistrate Judge Brown
                                    )
        Defendant.                  )

## O R D E R

Pending is this matter is a Joint Motion to Refer Case to Magistrate Judge Juliet Griffin for Judicial Settlement Conference (Docket Entry 19). A telephone conference with Magistrate Judge Brown is set for **Wednesday, June 11, 2014, at 11:00 a.m.** to discuss the setting of a date for the settlement conference.

**To participate in the conference call, the parties are required to call (615) 695-2851 at the scheduled time.**

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　  /s/ Joe B. Brown
　　　　　　　　　　　　　　　　　　 JOE B. BROWN
　　　　　　　　　　　　　　　　　　 United States Magistrate Judge