UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAREN MARCUS, | |
| Plaintiff | |
| | No. 3:13-0498 |
| v. | Judge Campbell/Brown |
| | **Jury Demand** |
| THE FARM AT NATCHEZ TRACE, INC., | |
| Defendant | |

## **O R D E R**

The parties have reached settlement terms in this matter. Accordingly, the parties are requested to submit an order of dismissal to Judge Campbell to dismiss this case with prejudice. The necessary paperwork should be submitted within **30 days** of the entry of this order.

It appears nothing further remains to be done by the undersigned Magistrate Judge and the **Clerk** is directed to return the file to Judge Campbell.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge